MARTIN J. O'MEARA, JR., TRUSTEE, ET AL. *v.*
CITY OF NORWICH
(two cases)

It appearing that the plaintiffs in the above-entitled cases have failed to prosecute the appeals from the Superior Court in New London County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeals be and hereby are dismissed.

*Richard C. Post,* for the appellant (named plaintiff).

*Orrin Carashick,* corporation counsel, for the appellee (defendant).

No appearance for the appellant (plaintiff Nancy Prague).

Argued December 5—decided December 5, 1972

WILLIAM GLAZER ET AL. *v.* ELLIS A. TARLTON, JR., ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Allan R. Johnson,* for the appellee (named defendant).

*David S. Grossman,* for the appellants (plaintiffs).